UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUO AKAOSUGI, HIEU NGUYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BENIHANA, INC., dba BENIHANA NATIONAL CORPORATION, and DOES 1 through 50,<br><br>Defendants. | CASE NO.  3:11-CV-01272 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Firmwide:103503229.1 062447.1005

CASE NO.  3:11-CV-01272 WHA                         STIPULATION & ORDER RE AMENDED COMPLAINT

1    WHEREAS the Court has issued a Case Management Order giving Plaintiffs until
2 August 31, 2011 to file a First Amended Complaint;

3    WHEREAS Plaintiffs served discovery requests to evaluate a potential amendment to
4 the Complaint;

5    AND WHEREAS Defendants request additional time in which to respond to
6 outstanding discovery requests served by Plaintiffs;

7    IT IS HEREBY STIPULATED, by and between the parties hereto, through their
8 respective counsel, that the deadline for Plaintiffs to file a First Amended Complaint be extended
9 from Wednesday August 31, 2011 to Friday September 16, 2011.

11    SO STIPULATED

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Firmwide:103503229.1 062447.1005

CASE NO.  3:11-CV-01272 WHA                                    STIPULATION & ORDER RE AMENDED COMPLAINT

DATED: 8/26/2010

/s/Lindsay Nako
DANIEL FEINBERG
LINDSAY NAKO
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

Attorneys for Plaintiffs
TETSUO AKAOSUGI and HIEU NGUYEN

DATED: 8/26/2010

/s/Kevin R. Allen
BRAD YAMAUCHI
KEVIN R. ALLEN
MINAMI TAMAKI LLP

Attorneys for Plaintiffs
TETSUO AKAOSUGI and HIEU NGUYEN

DATED: 8/26/2010

/s/Lucas V. Munoz
MARGARET HART EDWARDS
ROBERT L. ZALETEL
CONSTANCE E. NORTON
LUCAS V. MUNOZ
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
BENIHANA NATIONAL CORP.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Firmwide:103503229.1 062447.1005

2.

CASE NO. 3:11-CV-01272 WHA            STIPULATION & ORDER RE AMENDED COMPLAINT

1  **[PROPOSED] ORDER**

2  The parties having stipulated, IT IS SO ORDERED.

3  DATED: August 29, 2011.

5  WILLIAM H. ALSUP
   DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Firmwide:103503229.1 062447.1005            3.

CASE NO. 3:11-CV-01272 WHA            STIPULATION & ORDER RE AMENDED COMPLAINT