IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TETSUO AKAOSUGI, HIEU NGUYEN,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

  v.

BENIHANA INC., d/b/a BENIHANA
NATIONAL CORPORATION, and
DOES 1 through 50,

    Defendant.

No. C 11-01272 WHA

**ORDER SETTING HEARING
ON PLAINTIFFS'
DISCOVERY DISPUTE**

The Court acknowledges receipt of plaintiffs' letter of September 22, 2011, regarding a discovery dispute and **SETS** a meet-and-confer in the Court's jury room on **MONDAY, OCTOBER 3, 2011, STARTING FROM 10:00 A.M. AND CONTINUING THROUGH TO 2:00 P.M.** At 2:00 p.m., the Court shall hold a hearing to resolve all outstanding issue(s). Defendant's response is due by noon on September 30.

Please note that only those who personally appear at the discovery dispute in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: September 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE