IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUO AKAOSUGI and HIEU NGUYEN, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BENIHANA NATIONAL CORPORATION,<br><br>  Defendant.<br>                                                             / | No. C 11-01272 WHA<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |

Defendant Benihana National Corporation moves to file under seal store sales figures found in select exhibits to its opposition to plaintiffs' motion for class certification. Plaintiffs have stipulated to permitting defendant to redact and file under seal the dollar amounts of the individual store sales figures found in the exhibits at issue.

Due to the confidential nature of the non-public information contained therein, the dollar amounts of the store sales figures found in the following excerpts of exhibits to the Declaration of Robert L. Zaletel in support of defendant's opposition to plaintiffs' motion for class certification shall be redacted and filed under seal: Exhibit D, paragraphs 3–7 (p.1, lines 10, 18, and 24; p. 2,

lines 1, 5); Exhibit E, paragraphs 2–5 (p. 1, lines 12, 18, 23, and 28); Exhibit F, paragraph 3 (p. 2, line 10); Exhibit G, paragraphs 2–5 (p. 1, lines 16, 22, and 26; p. 2, line 5).

**IT IS SO ORDERED.**

Dated: February 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE