IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TETSUO AKAOSUGI, HIEU NGUYEN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

BENIHANA INC., d/b/a BENIHANA NATIONAL CORPORATION, and DOES 1 through 50,

    Defendants.
                                     /

No. C 11-01272 WHA

**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE**

      The Court **SETS** a meet-and-confer to commence starting from **10:30 A.M. THROUGH 2:00 P.M. (WITH THIRTY MINUTES FOR LUNCH AT 12:30 P.M.) ON THURSDAY, MARCH 1, 2012**, in the court's jury room on the nineteenth floor of the federal courthouse. In addition, the Court notes that there is a hearing on plaintiffs' motion to certify class on March 1 at 8:00 a.m. and therefore will hear both the motion to certify class and the discovery dispute at 2:00 p.m. that day. Defendant's response to plaintiff's letter is due by **NOON ON FEBRUARY 27**.

      Please buzz chambers to be let into the Court's jury room at 10:30 on March 1. Please be reminded that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing on plaintiffs' discovery dispute.

    **IT IS SO ORDERED.**

Dated: February 22, 2012.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE