IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TETSUO AKAOSUGI, HIEU NGUYEN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BENIHANA NATIONAL CORP.,

Defendant.

No. C 11-01272 WHA

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

Counsel for both parties should answer the following questions under oath:

Plaintiffs' counsel:

1. Was any information ever provided to plaintiffs' counsel by Hieu Nguyen after such information was downloaded by him to a USB drive from defendant's computer? If so, what?

2. Even if files were not turned over, did Nguyen provide descriptions of the materials on that computer?

3. Is Nguyen in possession of the original USB drive provided him by defendant?

Defense counsel:

1. What files, if any, were deleted by Hieu Nguyen from defendant's restaurant computer?

2. Is your complaint that files were surreptitiously copied and then the copies were destroyed, or is it that the original files were deleted?

3. Did Nguyen download any files that he was not authorized to download?

Responses shall be due by **NOON ON MARCH 13**.

**IT IS SO ORDERED.**

Dated: March 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2