United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUO AKAOSUGI, HIEU NGUYEN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BENIHANA NATIONAL CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-01272 WHA<br><br>**ORDER REQUESTING CORRECTED CITATIONS FROM PLAINTIFFS** |

Plaintiffs provided various citations to the record in footnotes 79 through 81 of their motion for class certification. The Court has been unable to locate the quoted language and cited information for certain record citations in those footnotes. Please verify the accuracy of each citation to the record in footnotes 79 through 81 and submit corrections by **NOON ON MARCH 21, 2012**.

**IT IS SO ORDERED.**

Dated: March 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE