IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUO AKAOSUGI, HIEU NGUYEN, and RINKO DONAHUE,<br><br>            Plaintiffs,<br>  v.<br><br>BENIHANA, INC., dba BENIHANA NATIONAL CORPORATION,<br><br>            Defendant.<br>                                                                    / | No. C 11-01272 WHA<br><br>**ORDER RE DEFENDANT'S BRIEF DESCRIBING PREJUDICE DUE TO PLAINTIFFS' LATE DISCLOSURE OF DAMAGES COMPUTATION; ALLEN LETTER** |

With regard to defendant's supplemental memorandum describing prejudice by reason of plaintiffs' late disclosure of damages computations, this order will allow plaintiffs' late disclosures. In the Court's judgment, the prejudice is minimal in light of the fact that **ALL THREE PLAINTIFFS MUST STAND FOR A DEPOSITION PRIOR TO TRIAL**. The alleged prejudice set forth in defendant's memorandum is unpersuasive.

With regard to the October 3 letter from Mr. Allen, counsel for plaintiffs, concerning two witnesses who will be on vacation until October 14, plaintiffs' counsel have no one other than themselves to blame for their circumstances. If those witnesses are so important, counsel should have subpoenaed them long ago and should not have waited until a week before trial. Had they been subpoenaed, the witnesses would have been available for trial. As they have not been subpoenaed, the witnesses were free to leave and go away. The trial date has been set since June 2011, and no excuse has been given for counsel's failure to timely subpoena these witnesses. The trial will not be delayed.

It is highly likely that phase one of the trial will be completed prior to October 15. In the unlikely event that trial takes longer than the judge anticipates, then this matter may be raised again. In the future, all counsel are reminded that they should file proper motions and not send letters to the Court.

**IT IS SO ORDERED.**

Dated: October 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE