IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TETSUO AKASUGI, HIEU NGUYEN and
RINKO DONAHUE,

    Plaintiff,

v.

BENIHANA NATIONAL CORP.,

    Defendant.
                                /

No. C 11-01272 WHA

**ORDER TO JURY COMMISSIONER**

    IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: October 5, 2012

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE