IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETSUO AKAOSUGI, HIEU NGUYEN, and RINKO DONAHUE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BENIHANA, INC., dba BENIHANA NATIONAL CORPORATION,<br><br>　　　　Defendant. | No. C 11-01272 WHA<br><br>**SPECIAL VERDICT FORM** |

Please answer the questions below as indicated. YOUR ANSWERS MUST BE UNANIMOUS.

**As to each plaintiff, state whether Benihana has proven by a preponderance of the evidence that Benihana properly classified the employee as exempt during the employment period in question. State "yes" or "no" in each blank:**

**Ted Akaosugi:**　　YES

**Rinko Donahue:**　　YES

**Hieu Ngyen:**　　YES

## CONCLUSION

Once you have finished answering the questions unanimously, please have the foreperson sign and date this form. Then contact the deputy or marshal to inform him or her that you have completed your deliberations.

Dated: October 22, 2012

_____
FOREPERSON