**United States District Court**
For the Northern District of California

1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8     TETSUO AKAOSUGI, HIEU NGUYEN,            No. C 11-01272 WHA
      and RINKO DONAHUE, on behalf of
9     themselves and all others similarly situated,

10              Plaintiffs,                     **ORDER RE MOTION FOR FINAL**
                                                **APPROVAL OF CLASS SETTLEMENT**
11      v.

12    BENIHANA NATIONAL
      CORPORATION,
13
                Defendant.
14    _____/

15

16          The Court is inclined to exclude from the settlement and release the 116 individuals for

17    whom mail was returned as undeliverable and no updated address could be obtained.  The

18    settlement fund would be reduced in a corresponding amount.  The Court is also inclined to split

19    the cy pres reversion to allow half to go to The Legal Aid Society–Employment Law Center and

20    half to the Lawyer's Committee for Civil Rights.  If counsel have any objections, they are

21    requested to file supplemental briefs, supported by legal authority and citations, due by **NOON ON**

22    **TUESDAY JANUARY 22**.

23

24          **IT IS SO ORDERED.**

25

26    Dated:  January 17, 2013.
                                                _____
27                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
28